IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARCUS MORGAN, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 7:11-cv-77 (HL) |
| STACY BASS, Sentinel Probation, : | |
| Defendant. : | |

## ORDER

On June 8, 2011, this Court ordered (Doc. 4) Plaintiff to complete and file no later than June 22, 2011 an amended affidavit in support of his motion for leave to proceed in forma pauperis or pay the entire filing fee. To date, Plaintiff has not filed a corrected affidavit, paid the filing fee, or otherwise responded to this Court's order. Accordingly, Plaintiff's complaint (Doc. 2) is dismissed without prejudice.

**SO ORDERED**, this the 7th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc