# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MARCUS MORGAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| STACY BASS, | : 7:11-cv-77 (HL) |
| Defendant. | : |

## ORDER

Before the Court is the Plaintiff's motion for appointment of counsel (Doc. 7). For the following reasons, the motion is denied.

The general rule is that there is no entitlement to appointed counsel in a civil rights case. Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987). The district court should exercise its discretion by appointing counsel only when there are "exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." Dean v. Barber, 951 F.2d 1210, 1216 (11th Cir. 1992) (citation omitted).

The Plaintiff's 42 U.S.C. § 1983 case closed on July 7, 2011 after the Plaintiff failed to follow the Court's instruction to file an amended affidavit in support of his motion to proceed *in forma pauperis*. There are no exceptional circumstances presented in the record justifying the appointment of counsel. Accordingly, his motion to appoint counsel (Doc. 7) is denied.

**SO ORDERED**, this the 19th day of July, 2011.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc